

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2022

No. 04-22-00141-CV

**IN RE REYNOLDS ENERGY TRANSPORT, LLC AND REYNOLDS TRANSPORTATION, INC.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00620
Honorable David A. Canales, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

Relator filed its original petition for writ of mandamus on March 8, 2022. On March 31, 2022, real party in interest filed a response to the petition. On June 21, 2022, real party in interest filed a letter informing this court that a settlement had been reached between the parties and a motion to dismiss would be forthcoming. On July 8, 2022, relator filed a letter informing the court that the parties had not yet executed the settlement documents. Relator stated that it would file a motion to dismiss when it receives notice that the settlement documents have been executed.

We **ORDER** relator to file a motion to dismiss or an advisory informing this court of the status of this case, **August 8, 2022**. If relator does not file a motion to dismiss or an advisory by **August 8, 2022,** this proceeding will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

It is so **ORDERED** on July 25, 2022.

---

[1] This proceeding arises out of Cause No. 2019-CI-00620, styled *Andrew Marvin Stock as Next Friend of Dianna Sue Marable v. Reynolds Energy Transport, LLC, et. al*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga, presiding. The Honorable David Canales signed the order at issue in this original proceeding.

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

**PER CURIAM**

